UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MARIO CACHO AND ANTONIO OCAMPO      CIVIL ACTION NO. 11-225
      DIVISION "N"
VERSUS      JUDGE KURT D. ENGLEHARDT

ORLEANS PARISH SHERIFF      MAGISTRATE (1)
MARLIN GUSMAN      JUDGE SALLY SHUSHAN

*****************************************************************************

## ANSWER AND DEFENSES

**NOW INTO COURT,** through undersigned counsel comes defendant, Marlin N. Gusman,

the Sheriff of Orleans Parish, who answers petitioners' Complaint as follows:

### FIRST DEFENSE

The Complaint fails to state a claim against the defendant upon which relief can be granted.

### SECOND DEFENSE

The Court is without jurisdiction in this matter, inasmuch as there is no diversity of

citizenship between the parties hereto.

### THIRD DEFENSE

The Court is without jurisdiction in this matter, inasmuch as the amount of controversy

exclusive of interests and costs does not exceed the sum and value of $75,000.00.

## **FOURTH DEFENSE**

Defendant categorically paragraph by paragraph alleges and avers as follows:

I.

Defendant denies the allegations contained in Paragraph 1 of the Complaint.

II.

Defendant denies the allegations contained in Paragraph 2 of the Complaint.

III.

Defendant denies the allegations contained in Paragraph 3 of the Complaint.

IV.

Defendant denies the allegations contained in Paragraph 4 of the Complaint.

V.

Defendant denies the allegations contained in Paragraph 5 of the Complaint.

VI.

Defendant denies the allegations contained in Paragraph 6 of the Complaint.

VII.

Defendant denies the allegations contained in Paragraph 7 of the Complaint.

VIII.

Defendant denies the allegations contained in Paragraph 8 of the Complaint.

IX.

Defendant denies the allegations contained in Paragraph 9 of the Complaint.

X.

Defendant denies the allegations contained in Paragraph 10 of the Complaint for lack of

sufficient information upon which to justify a belief therein.

## XI.

Defendant denies the allegations contained in Paragraph 11 of the Complaint.

## XII.

Defendant denies the allegations contained in Paragraph 12 of the Complaint.

## XIII.

Defendant admits the allegations in Paragraph 13 of the Complaint as it pertains to his status but denies all others contained therein.

## XIV.

Defendant admits the allegations in Paragraph 14 of the Complaint as it pertains to his status but denies all others contained therein.

## XV.

Defendant admits the allegations in Paragraph 15 of the Complaint as it pertains to his status but denies all others contained therein.

## XVI.

Defendant denies the allegations contained in Paragraph 16 of the Complaint for lack of sufficient information upon which to justify a belief therein.

## XVII.

Defendant denies the allegations contained in Paragraph 17 of the Complaint.

## XVIII.

Defendant denies the allegations contained in Paragraph 18 of the Complaint.

XIX.

Defendant denies the allegations contained in Paragraph 19 of the Complaint.

XX.

Defendant denies the allegations contained in Paragraph 20 of the Complaint.

XXI.

Defendant denies the allegations contained in Paragraph 21 of the Complaint for lack of sufficient information upon which to justify a belief therein.

XXII.

Defendant denies the allegations contained in Paragraph 22 of the Complaint for lack of sufficient information upon which to justify a belief therein.

XXIII.

Defendant denies the allegations contained in Paragraph 23 of the Complaint for lack of sufficient information upon which to justify a belief therein.

XXIV.

Defendant denies the allegations contained in Paragraph 24 of the Complaint for lack of sufficient information upon which to justify a belief therein.

XXV.

Defendant denies the allegations contained in Paragraph 25 of the Complaint for lack of sufficient information upon which to justify a belief therein.

XXVI.

Defendant denies the allegations contained in Paragraph 26 of the Complaint for lack of sufficient information upon which to justify a belief therein.

## XXVII.

Defendant denies the allegations contained in Paragraph 27 of the Complaint for lack of sufficient information upon which to justify a belief therein.

## XXVIII.

Defendant denies the allegations contained in Paragraph 28 of the Complaint.

## XXIX.

Defendant denies the allegations contained in Paragraph 29 of the Complaint for lack of sufficient information upon which to justify a belief therein.

## XXX.

Defendant denies the allegations contained in Paragraph 30 of the Complaint for lack of sufficient information upon which to justify a belief therein.

## XXXI.

Defendant denies the allegations contained in Paragraph 31 of the Complaint for lack of sufficient information upon which to justify a belief therein.

## XXXII.

Defendant denies the allegations contained in Paragraph 32 of the Complaint.

## XXXIII.

Defendant denies the allegations contained in Paragraph 33 of the Complaint for lack of sufficient information upon which to justify a belief therein.

## XXXIV.

Defendant denies the allegations contained in Paragraph 34 of the Complaint for lack of sufficient information upon which to justify a belief therein.

XXXV.

Defendant denies the allegations contained in Paragraph 35 of the Complaint for lack of sufficient information upon which to justify a belief therein.

XXXVI.

Defendant denies the allegations contained in Paragraph 36 of the Complaint for lack of sufficient information upon which to justify a belief therein.

XXXVII.

Defendant denies the allegations contained in Paragraph 37 of the Complaint for lack of sufficient information upon which to justify a belief therein.

XXXVIII.

Defendant denies the allegations contained in Paragraph 38 of the Complaint.

XXXIX.

Defendant denies the allegations contained in Paragraph 39 of the Complaint.

XL.

Defendant denies the allegations contained in Paragraph 40 of the Complaint.

XLI.

Defendant denies the allegations contained in Paragraph 41 of the Complaint.

XLII.

Defendant denies the allegations contained in Paragraph 42 of the Complaint for lack of sufficient information upon which to justify a belief therein.

XLIII.

Defendant denies the allegations contained in Paragraph 43 of the Complaint.

XLIV.

Defendant denies the allegations contained in Paragraph 44 of the Complaint for lack of sufficient information upon which to justify a belief therein.

XLV.

Defendant denies the allegations contained in Paragraph 45 of the Complaint.

XLVI.

Defendant denies the allegations contained in Paragraph 46 of the Complaint for lack of sufficient information upon which to justify a belief therein.

XLVII.

Defendant denies the allegations contained in Paragraph 47 of the Complaint.

XLVIII.

Defendant denies the allegations contained in Paragraph 48 of the Complaint for lack of sufficient information upon which to justify a belief therein.

XLIX.

Defendant denies the allegations contained in Paragraph 49 of the Complaint for lack of sufficient information upon which to justify a belief therein.

L.

Defendant denies the allegations contained in Paragraph 50 of the Complaint.

LI.

Defendant denies the allegations contained in Paragraph 51 of the Complaint for lack of sufficient information upon which to justify a belief therein.

LII.

Defendant denies the allegations contained in Paragraph 52 of the Complaint for lack of sufficient information upon which to justify a belief therein.

LIII.

Defendant denies the allegations contained in Paragraph 53 of the Complaint for lack of sufficient information upon which to justify a belief therein.

LIV.

Defendant denies the allegations contained in Paragraph 54 of the Complaint for lack of sufficient information upon which to justify a belief therein.

LV.

Defendant denies the allegations contained in Paragraph 55 of the Complaint.

LVI.

Defendant denies the allegations contained in Paragraph 56 of the Complaint.

LVII.

Defendant denies the allegations contained in Paragraph 57 of the Complaint.

LVIII.

Defendant denies the allegations contained in Paragraph 58 of the Complaint.

LIX.

Defendant admits the allegations in Paragraph 59 of the Complaint as it pertains to his status but denies all others contained therein.

LX.

Defendant denies the allegations contained in Paragraph 60 of the Complaint for lack of

sufficient information upon which to justify a belief therein.

LXI.

Defendant denies the allegations contained in Paragraph 61 of the Complaint.

LXII.

Defendant denies the allegations contained in Paragraph 62 of the Complaint.

LXIII.

Defendant denies the allegations contained in Paragraph 63 of the Complaint.

LXIV.

Defendant denies the allegations contained in Paragraph 64 of the Complaint for lack of sufficient information upon which to justify a belief therein.

LXV.

Defendant denies the allegations contained in Paragraph 65 of the Complaint for lack of sufficient information upon which to justify a belief therein.

LXVI.

Defendant denies the allegations contained in Paragraph 66 of the Complaint.

LXVII.

Defendant denies the allegations contained in Paragraph 67 of the Complaint.

LXVIII.

Defendant denies the allegations contained in Paragraph 68 of the Complaint.

LXIX.

Defendant denies the allegations contained in Paragraph 69 of the Complaint.

## LXX.

Defendant denies the allegations contained in Paragraph 70 of the Complaint.

## LXXI.

Defendant denies the allegations contained in Paragraph 71 of the Complaint.

## LXXII.

Defendant denies the allegations contained in Paragraph 72 of the Complaint.

## LXXIII.

Defendant denies the allegations contained in Paragraph 73 of the Complaint.

## LXXIV.

Defendant denies the allegations contained in Paragraph 74 of the Complaint.

## LXXV.

Defendant denies the allegations contained in Paragraph 75 of the Complaint.

## LXXVI.

Defendant denies the allegations contained in Paragraph 76 of the Complaint.

## LXXVII.

Defendant denies the allegations contained in Paragraph 77 of the Complaint.

## LXXVIII.

Defendant denies the allegations contained in Paragraph 78 of the Complaint.

## LXXIX.

Defendant denies the allegations contained in Paragraph 79 of the Complaint.

## LXXX.

Defendant denies the allegations contained in Paragraph 80 of the Complaint.

LXXXI.

No answer is required of his defendant to Paragraph 81, but out of an abundance of caution, same is hereby denied.

LXXXII.

Defendant denies the allegations contained in Paragraph 82 of the Complaint.

LXXXIII.

Defendant denies the allegations contained in Paragraph 83 of the Complaint.

LXXIV.

Defendant denies the allegations contained in Paragraph 84 of the Complaint.

LXXXV.

Defendant denies the allegations contained in Paragraph 85 of the Complaint.

**FIFTH DEFENSE**

The Court is without jurisdiction as to all claims asserted by the petitioners in this matter, inasmuch as the Complaint fails to state a proper claim of relief under the Constitution of the United States or any United States statute.

**SIXTH DEFENSE**

Defendant herein pleads that any action taken by him was done in good faith and with probable cause, without malice and under laws believed to be constitutional.

**SEVENTH DEFENSE**

That the petitioners by virtue of their own actions and conduct were guilty of negligence and/or contributory negligence and/or assumption of the risk, all of which will be more fully shown at the trial of this matter.

## EIGHTH DEFENSE

Defendant avers that at all times herein, his actions were reasonable, justified and legally permissible under the circumstances.

## NINTH DEFENSE

Defendant specifically pleads that he is entitled to and protected by the qualified immunity afforded to public officials for acts committed during the course of their official duties.

## TENTH DEFENSE

As a political subdivision of the State of Louisiana, defendant is entitled to and hereby pleads the statutory limitation of liability, costs and interest contained in LSA-R.S. 13:5106 and LSA-R.S. 13:5112, as well as any other statutory or jurisprudential limitation of liability, costs, and interest available to defendant under the law.

## ELEVENTH DEFENSE

Despite having adequate and reasonable opportunity to do so, petitioners failed to mitigate their damages so that any recovery sought herein should be reduced or be precluded entirely.

## TWELFTH DEFENSE

Defendant herein pleads that to the extent that any acts or omissions of the defendant were a cause of the plaintiffs' damages, which is denied, all such acts or omissions constitute policy making or discretionary acts for which defendant is immune from liability under La. R.S. 9:2798.1.

## THIRTEENTH DEFENSE

The claims are barred by the applicable statute of limitations or prescriptive period.

## FOURTEENTH DEFENSE

Petitioners have failed to exhaust available grievance procedures as required by 42 U.S.C.

§1997e(a), and their Complaint should be dismissed in its entirety.

**WHEREFORE,** defendant prays that this answer be deemed good and sufficient and after due proceedings, there be judgment herein, dismissing petitioners' Complaint with prejudice, at their costs and for all other general and equitable relief.

Respectfully submitted,

**USRY, WEEKS & MATTHEWS**

By: s/Freeman R. Matthews
FREEMAN R. MATTHEWS, (LSBN 9050)
TIMOTHY R. RICHARDSON, (LSBN 27625)
BLAKE J. ARCURI, (LSBN 32322)
1615 Poydras Street, Suite 1250
New Orleans, Louisiana 70112
Tel: (504) 592-4600 Fax: (504) 592-4641
Attorneys for Defendants

-PUBLIC ENTITY/FEE EXEMPT-
(See R.S. 13:4521 & 13:5112)

## CERTIFICATE OF SERVICE

I do hereby certify that on this 16th day of February, 2011, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the court's electronic filing system. I also certify that a copy of the foregoing will be sent to all non-CM/ECF participants by United States Mail, properly addressed and postage prepaid.

By: s/Freeman R. Matthews
FREEMAN R. MATTHEWS