**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**MARIO CACHO, et al.**                                    **CIVIL ACTION**

**VERSUS**                                                **NO.  11-225**

**SHERIFF MARLIN N. GUSMAN,**                             **SECTION "N"(1)**
**ORLEANS PARISH SHERIFF**

<u>**ORDER AND REASONS**</u>

Before the Court is Plaintiffs' Motion to Transfer This Action to Hon. Judge Vance Pursuant to Local Rules 3.1 and 3.1.1 (Rec. Doc. 13). After considering the motion and the applicable law,

**IT IS ORDERED** that **Plaintiffs' Motion to Transfer This Action to Hon. Judge Vance Pursuant to Local Rules 3.1 and 3.1.1 (Rec. Doc. 13)** is **DENIED.**  This case is based on a different cause of action than the purportedly-related case of 10-4309, which did not relate to the Sheriff's Department's alleged policy and practice of illegal detainers.

New Orleans, Louisiana, this <u>16th</u> day of <u>February,</u> 2011.

_____
**UNITED STATES DISTRICT JUDGE**