IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARIO CACHO and ANTONIO OCAMPO,<br><br>　　　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>SHERIFF MARLIN N. GUSMAN,<br>ORLEANS PARISH SHERIFF,<br><br>　　　　　　　　　　　　　Defendant, | CIVIL ACTION NO:  2:11-CV-225<br><br>MAGISTRATE (1)<br><br>Judge Sally Shushan |

**FIRST AMENDED CONSENT MOTION IN SUPPORT THEREOF FOR ENTRY OF
CONSENT JUDGMENT FOR INJUNCTIVE RELIEF AND DAMAGES**

　　　　NOW INTO COURT, through undersigned counsel come the Plaintiffs, who move this Court to sign and enter the Consent Judgment for Injunctive Relief and Damages, which has been agreed to by the parties in this matter as reflected in the attached documents.  The parties are in agreement as to this Motion.  The attached consent judgment order and settlement agreement reflect changes in documents originally filed as Doc. 94 as agreed on by parties.

　　　　　　　　　　　　　　　　　　Respectfully submitted this 9 day of Aug. 2013,


　　　　　　　　　　　　　　　　　　*/s/ Jennifer J. Rosenbaum*
　　　　　　　　　　　　　　　　　　Jennifer J. Rosenbaum (LA Bar No. 31946)
　　　　　　　　　　　　　　　　　　Yihong "Julie" Mao (LA Bar No. 34191)
　　　　　　　　　　　　　　　　　　NEW ORLEANS WORKERS' CENTER FOR
　　　　　　　　　　　　　　　　　　RACIAL JUSTICE
　　　　　　　　　　　　　　　　　　217 N. Prieur Street
　　　　　　　　　　　　　　　　　　New Orleans, LA 70112

1

jjrosenbaum@nowcrj.org, jmao@nowcrj.org
Telephone:  504-309-5165
Facsimile:  504-309-5205

Linton Joaquin (pro hac vice)
Karen C. Tumlin (pro hac vice)
Melissa S. Keaney (pro hac vice)
Nicholás Espíritu (pro hac vice pending)
NATIONAL IMMIGRATION LAW CENTER
3435 Wilshire Boulevard, Suite 2850
Los Angeles, CA 90010
joaquin@nilc.org; tumlin@nilc.org;
Keaney@nilc.org; espiritu@nilc.org
Telephone: 213-639-3900
Facsimile: 213-639-3911

Melissa Anderson (*pro hac vice*)
Ghazal Tajmiri (*pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE, LLP
701 Fifth Avenue, Suite 5600
Seattle, WA 98104
mjanderson@orrick.com
Telephone: 206-839-4323
Facsimile: 206-839-4301
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
gtajmiri@orrick.com
Telephone: 213-612-2439

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed using the Courts' CM/ECF system, which will provide notice to all parties, this 9th day of August 2013.


*/s/ Jennifer J. Rosenbaum*
Jennifer J. Rosenbaum (LA Bar No. 31946)