# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MARIO CACHO, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 11-225-SS** |
| **SHERIFF MARLIN N. GUSMAN, ORLEANS PARISH SHERIFF** | |

## J U D G M E N T

Considering the Order and Reasons issued this date, in which plaintiffs were awarded attorneys' fees in the amount of $48,343.50 and costs in the amount of $7,455.86,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of plaintiffs, Mario Cacho and Antonio Campo, and against defendant, Sheriff Marlin N. Gusman, for $48,343.50 in attorneys' fees and $7,455.86 in costs.  Legal interest accrues on the attorneys' fees and costs from the date of this judgment.

New Orleans, Louisiana, this twenty-ninth day of September, 2014.

_____
**SALLY SHUSHAN**
**UNITED STATES MAGISTRATE JUDGE**