UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARIO CACHO AND ANTONIO OCAMPO,<br><br>  PLAINTIFFS,<br><br>v.<br><br>SHERIFF MARLIN N. GUSMAN, ORLEANS PARISH SHERIFF,<br><br>  DEFENDANT. | Civil Action No. 2:11-cv-225<br><br>Judge: ___ - ___ |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the *State of Louisiana's Motion to Intervene* is hereby set for submission before District Judge/Magistrate Judge _____ on _____ ____, 2025, at _____ __.m.

Dated: February 13, 2025

Respectfully submitted,

**ELIZABETH B. MURRILL**
**Attorney General of Louisiana**

 /s/ Zachary Faircloth
J. BENJAMIN AGUIÑAGA*
  *Solicitor General*
ZACHARY FAIRCLOTH (La #39875)
  *Principal Deputy Solicitor General*

OFFICE OF THE LOUISIANA ATTORNEY
GENERAL
1885 North Third Street
Baton Rouge, LA 70802
Telephone: (225) 326-6705
Facsimile: (225) 326-6795
aguinagab@ag.louisiana.gov
fairclothz@ag.louisiana.gov

*Counsel for the State of Louisiana*

**pro hac vice forthcoming*