# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARIO CACHO AND ANTONIO OCAMPO, <br><br> Plaintiffs, <br><br> v. <br><br> SHERIFF MARLIN N. GUSMAN, ORLEANS PARISH SHERIFF, <br><br> Defendant. | Civil Action No. 2:11-cv-225 <br><br> Judge: ___ - ___ |

## THE STATE OF LOUISIANA'S MOTION TO INTERVENE

The State of Louisiana, by and through Attorney General Elizabeth Murrill, moves to intervene under Federal Rule of Civil Procedure 24. The Court should grant the motion because the State satisfies the requirements of intervention as of right and, alternatively, permissive intervention. Defendant Orleans Parish Sheriff does not oppose the intervention; Plaintiffs have not responded to the State's request to obtain consent for the filing and granting of the motion.

1

Dated: February 14, 2025         Respectfully submitted,

**ELIZABETH B. MURRILL**
**Attorney General of Louisiana**

 /s/ Zachary Faircloth
J. BENJAMIN AGUIÑAGA*
  *Solicitor General*
ZACHARY FAIRCLOTH (La #39875)
  *Principal Deputy Solicitor General*
OFFICE OF THE LOUISIANA ATTORNEY
GENERAL
1885 North Third Street
Baton Rouge, LA 70802
Telephone:  (225) 326-6705
Facsimile:   (225) 326-6795
aguinagab@ag.louisiana.gov
fairclothz@ag.louisiana.gov

*Counsel for the State of Louisiana*

***pro hac vice forthcoming*