# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

Mario Cacho and Atonio Ocampo

**PLAINTIFF(S)**

**VERSUS**

Sheriff Marlin Gusman, Orleans Parish Sheriff

**DEFENDANT(S)**

CIVIL ACTION

No. 2:11-cv-225

SECTION: _____

### NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the Motion to Intervene is hereby set for submission before District Judge/Magistrate Judge _____ on _____ at _____ a.m.

*Zachary Faircloth*
(Signature)

Zachary Faircloth
(Name)

1885 North Third Street
(Address)

Baton Rouge      LA      70804
(City)         (State)    (Zip)

(225) 326-6766
(Telephone)

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of this document on all counsel of record either in person or by mailing it postage prepaid on this 14th day of February, 20 25.

*Zachary Faircloth*
(SIGNATURE)