UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MARIO CACHO ET AL.,**<br><br>*Plaintiffs*,<br><br>v.<br><br>**SHERIFF MARLIN N. GUSMAN, ORLEANS PARISH SHERIFF,**<br><br>*Defendant.* | Case No. 2:11-cv-00225 |

**PLAINTIFF'S JOINT MOTION TO SUBSTITUTE COUNSEL**

Pursuant to Local Rule 83.2.11, Plaintiff Mario Cacho requests that Mary Yanik, a member of this court, appear in this case on his behalf and to substitute for prior counsel, Jennifer Jean Rosenbaum and Yihong Julie Mao. Upon entry of an order granting this motion, Ms. Yanik will be counsel of record for Plaintiff Mario Cacho and Ms. Rosenbaum and Ms. Mao will be relieved from further responsibility in this case. All counsel certify that Mario Cacho has consented to this substitution of counsel and seeks the entry of an order granting this motion.

Dated: February 14, 2025

/s/ Mary Yanik
Mary Yanik, LA Bar No. 36973

Tulane Immigrant Rights Clinic
6329 Freret St, Suite 130
New Orleans, Louisiana 70118-6248
Telephone: (504) 865-5153
Facsimile: (504) 862-8753
myanik@tulane.edu
*Admitted to Practice in E.D. La.*

/s/ Jennifer Jean Rosenbaum
Jennifer Jean Rosenbaum, LA Bar No. 31946

Global Labor Justice Office
1634 I St NW, Suite 1000
Washington, DC 20006
Telephone: (202) 347-4100
jjrosenbaum@globallaborjustice.org

/s/ Yihong "Julie" Mao
Yihong "Julie" Mao, LA Bar. No. 34191 (inactive)

Just Futures Law
1629 K Street NW, Suite #300
Washington, D.C. 20006
Telephone: (202)-355-6390
julie@justfutureslaw.org