# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MARIO CACHO, ET AL.** | * | **CIVIL ACTION NO. 11-225** |
| **VERSUS** | * | **DIVISION: (1)** |
| **SHERIFF MARLIN N. GUSMAN, ORLEANS PARISH SHERIFF** | * | **MAGISTRATE JUDGE JANIS VAN MEERVELD** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Before the Court is Plaintiff Mario Cacho's Joint Motion to Substitute Counsel (Rec. Doc. 114).

IT IS HEREBY ORDERED that the Motion to Substitute Counsel is GRANTED. Mary Yanik shall be enrolled as counsel of record for Plaintiff Mario Cacho. It is FURTHER ORDERED that Jennifer Jean Rosenbaum and Yihong Julie Mao are permitted to withdraw as counsel of record for Plaintiff Mario Cacho.

New Orleans, Louisiana, this 18th day of February, 2025.

_____
Janis van Meerveld
United States Magistrate Judge