IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARIO CACHO AND ANTONIO OCAMPO<br>　　　　Plaintiffs,<br>　v.<br>SHERIFF MARLIN N. GUSMAN, ORLEANS PARISH SHERIFF;<br>　　　　Defendant. | Case No.: 2:11-cv-225<br>HON. JANIS VAN MEERVELD<br>DIVISION: (1)<br>**JOINT MOTION TO RESET SUBMISSION DATE, TO SET BRIEFING DEADLINES, AND TO SCHEDULE STATUS CONFERENCE** |

Plaintiff Mario Cacho, Defendant Orleans Parish Sheriff Susan Hutson,[1] and Proposed Intervenor-Defendant the State of Louisiana respectfully and jointly request to reset the submission date, to set briefing deadlines, and to schedule a status conference.

First, Plaintiff, Defendant, and Proposed-Intervenor move to reset the submission date and set briefing deadlines. At present, the State of Louisiana's Motion to Intervene (Doc. 112) is set for submission on March 5, 2025, at 11:00 A.M, which would require Plaintiff's opposition by today—February 25, 2025. The Proposed-Intervenor agrees to reset the submission date of the State's Motion to Intervene to April 16 at 11:00 A.M. Plaintiff, Defendant, and Proposed-Intervenor further agree to the following briefing deadlines (consistent with Local Rule 7.5): any opposition or response to the State's Motion to Intervene to be due **April 8, 2025**, and the State's reply in support of their Motion to Intervene to be due **April 14, 2025, by 4:00 P.M**.

Second, Plaintiff, Defendant, and the Proposed-Intervenor further move to schedule a status conference at the earliest possible date, by telephone or video, to aid in efficient resolution of this matter.

---

[1] Sheriff Susan Hutson was sworn in as Orleans Parish Sheriff on May 2, 2022.

DATED this 25th day of February 2025,

Respectfully submitted,

/s/ *Mary Yanik*
Mary Yanik
Louisiana Bar No.: 36973
TULANE LAW SCHOOL
6329 Feret Street, Suite 130
New Orleans, LA 70118
Tel.: (620) 341-2653 (cell)
         (504) 865-5153 (general office)
myanik@tulane.edu

Cassandra Charles*
New York Bar No.: 5540133
NATIONAL IMMIGRATION LAW CENTER
PO Box 34573
Washington, DC 20043
Tel.: (213) 674-2814
charles@nilc.org

*Counsel for Plaintiff Mario Cacho*

ELIZABETH B. MURRILL
**Attorney General of Louisiana**

 /s/ *Zachary Faircloth*
J. BENJAMIN AGUIÑAGA*
  *Solicitor General*
ZACHARY FAIRCLOTH (La #39875)
  *Principal Deputy Solicitor General*
OFFICE OF THE LOUISIANA ATTORNEY GENERAL
1885 North Third Street
Baton Rouge, LA 70804
Telephone:  (225) 326-6766
Facsimile:   (225) 326-6795
aguinagab@ag.louisiana.gov
fairclothz@ag.louisiana.gov

*Counsel for the State of Louisiana*

/s/ John S. Williams
Louisiana Bar No.: 32270
ORLEANS PARISH SHERIFF'S OFFICE
2800 Perdido Street
New Orleans, LA 70119
Tel.: (504) 202-9217
williamsjo@opso.us

*Counsel for Orleans Parish Sheriff's Office*

*Pro Hac Vice
**Pro Hac Vice forthcoming