UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MARIO CACHO AND ANTONIO CAMPO | * | CIVIL ACTION NO. 11-225 |
| | * | |
| | * | DIVISION: (1) |
| VERSUS | * | |
| | * | MAGISTRATE JUDGE |
| SHERIFF MARLIN N. GUSMAN, ORLEANS PARISH SHERIFF | * | JANIS VAN MEERVELD |

**ORDER**

Having considered Plaintiff Cacho, Defendant, and Proposed Intervenor-Defendant's Joint Motion to Reset Submission Date, to Set Briefing Deadlines, and to Schedule Status Conference (Rec. Doc. 119),

IT IS ORDERED that the motion is GRANTED. The submission date of the State of Louisiana's Motion to Intervene (Rec. Doc. 112) is RESET to April 16, 2025.

IT IS FURTHER ORDERED that opposition memoranda to the Motion to Intervene (Rec. Doc. 112) are due in accordance with the Local Rules, and any memorandum in reply must be filed by **4:00 p.m. on Friday, April 11, 2025.**

IT IS FURTHER ORDERED that the Court will hold a status conference in this matter. The Court will separately communicate with the parties as to the date of the conference.

New Orleans, Louisiana, this 28th day of February, 2025.

_____
United States Magistrate Judge