IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARIO CACHO AND ANTONIO OCAMPO<br><br>    Plaintiffs,<br>v.<br><br>SHERIFF MARLIN N. GUSMAN, ORLEANS PARISH SHERIFF;<br><br>    Defendant. | Case No.: 2:11-cv-225<br>HON. JANIS VAN MEERVELD<br><br>DIVISION: (1) |

## DECLARATION OF NICHOLAS ESPIRITU IN SUPPORT OF PLAINTFFS' OPPOSITION TO THE STATE OF LOUSIANA'S MOTION TO INTERVENE

I, Nicholas Espiritu, hereby declare and say as follows:

1. I am an attorney with the National Immigration Law Center, located at 3450 Wilshire Blvd., #108-62, Los Angeles, CA 90010; telephone: (213) 674-2815.

2. I submit this declaration in support of Plaintiffs' opposition to the State of Louisiana's motion to intervene in the above-referenced matter.

3. I entered an appearance in the above-referenced matter on June 7, 2013.

4. To my recollection, I have always received CMECF notices in relation in this case, since entering my appearance.

5. Most recently, I was never served with the State's motion to intervene, nor did I receive CM/ECF notification of its filing.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted this 9th day of April 2025,

_____

Nicholas Espiritu