UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARIO CACHO, ET AL.<br><br>VERSUS<br><br>SHERIFF MARLIN N. GUSMAN,<br>ORLEANS PARISH SHERIFF | CIVIL ACTION<br>NO.:  11-225<br><br>DIVISION: (1)<br><br>MAGISTRATE JUDGE<br>JANIS VAN MEERVELD |

## ORDER SETTING ORAL ARGUMENT

IT IS ORDERED that oral argument on the Motion to Intervene filed by the State of Louisiana, by and through Attorney General Elizabeth Murrill, (Rec. Doc. 112) will be held on **Wednesday, April 30, 2025**, at **11:00 a.m.**, before Magistrate Judge Janis van Meerveld, Courtroom B-309, Hale Boggs Building, 500 Poydras Street, New Orleans, Louisiana 70130.

IT IS FURTHER ORDERED that the briefing schedule set forth in the Court's previous order (Rec. Doc. 123) shall remain.

New Orleans, Louisiana, this 10th day of April, 2025.

_____
Janis van Meerveld
United States Magistrate Judge

*\*\*\*The Court strongly encourages argument by junior attorneys, particularly where the junior attorneys drafted or contributed significantly to the underlying motion or response. Accordingly, if a junior attorney (i.e., a lawyer practicing for less than seven years) argues a motion or opposition for a party, the Court will allow multiple attorneys to argue for that party so that issues can be split between attorneys or a more senior attorney can offer clarification, if necessary.*