# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MARIO CACHO, ET AL.** | * | **CIVIL ACTION NO. 11-225** |
| | * | |
| **VERSUS** | * | **DIVISION: (1)** |
| | * | |
| **SHERIFF MARLIN N. GUSMAN,** | * | **MAGISTRATE JUDGE** |
| **ORLEANS PARISH SHERIFF** | * | **JANIS VAN MEERVELD** |
| | * | |
| ************************************ | * | |

## ORDER

Before the Court is the Motion for Admission Pro Hac Vice - Jeremy Jong (Rec. Doc. 125). After review of the motion, declaration, and Certificate of Good Standing, it is hereby ORDERED that Jeremy Jong shall be permitted to appear pro hac vice as counsel for Plaintiffs Mario Cacho and Antonio Ocampo in the above captioned matter.

New Orleans, Louisiana, this 9th day of April, 2025.

_____
United States Magistrate Judge