UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARIO CACHO, ET AL. | NO.:  11-225 |
| VERSUS | DIVISION: (1) |
| SHERIFF MARLIN N. GUSMAN, ORLEANS PARISH SHERIFF | MAGISTRATE JUDGE JANIS VAN MEERVELD |

# ORDER

Considering the *Ex Parte* Motion for Leave to File Sur-Reply Memorandum in Opposition to Motion to Intervene filed by Plaintiffs Mario Cacho and Antonio Ocampo (Rec. Doc. 136), and the *Ex Parte* Motion for Leave to File Sur-Reply Memorandum filed by Defendant Orleans Parish Sheriff Susan Hutson (Rec. Doc. 138) (collectively, the "Motions"),

IT IS ORDERED that the Motions are GRANTED; Plaintiffs' Sur-Reply Memorandum in Opposition to Motion to Intervene (Rec. Doc. 136-1) and Defendant's Sur-Reply Memorandum (Rec. Doc. 138-2) shall be filed into the record.

New Orleans, Louisiana, this 28th day of April, 2025.

_____
Janis van Meerveld
United States Magistrate Judge