MINUTE ENTRY
VAN MEERVELD
April 30, 2025

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARIO CACHO, ET AL.,<br>   *Plaintiffs* | CIVIL ACTION<br>NO. 11-225 |
| VERSUS | DIVISION: (1) |
| SHERIFF MARLIN N. GUSMAN,<br>ORLEANS PARISH SHERIFF,<br>   *Defendants* | MAGISTRATE JUDGE<br>JANIS VAN MEERVELD |

**HEARING ON MOTION**

Oral argument was conducted in person.

COURT REPORTER:  Toni Tusa

APPEARANCES:    Matthew Vogel, Jeremy Jong, Cassandra Charles, John Williams, Zachary Faircloth

MOTION(S):

  1.  MOTION to Intervene by the State of Louisiana (Rec. Doc. 112).

ORDERED:

  The motion is taken under submission.

_____
Janis van Meerveld
United States Magistrate Judge

MJSTAR (01:06)