UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARIO CACHO, ET AL.<br><br>VERSUS<br><br>SHERIFF MARLIN N. GUSMAN,<br>ORLEANS PARISH SHERIFF | CIVIL ACTION<br>NO.: 11-225<br><br>DIVISION: (1)<br><br>MAGISTRATE JUDGE<br>JANIS VAN MEERVELD |

## ORDER

The United States has filed a Supplemental Statement of Interest, which purports to include information about instances where the Orleans Parish Sheriff's Office has disregarded immigration detainers. This information appears to be relevant to the issue of whether the State of Louisiana's interest (if any) in this action may be impaired as a practical matter. The Court will require the parties to address the impact in supplemental briefing. Additionally, the Court notes that the Declaration relied on by the United States is not a sworn statement, nor was it issued in compliance with 28 U.S.C. § 1746.

IT IS ORDERED that on or before **October 8, 2025**, the United States shall submit a revised declaration that complies with 28 U.S.C. § 1746 or submit a written explanation of why that is not possible.

IT IS FURTHER ORDERED that on or before **October 22, 2025**, the State and the Sheriff's Office shall each submit a brief of no more than ten pages addressing the impact of the submission of the United States on the "practical impairment" prong of the test for intervention under Federal Rule of Civil Procedure 24(a)(2). Plaintiffs may also submit a brief by that date.

New Orleans, Louisiana, this 29th day of September, 2025.

                                               Janis van Meerveld
                                      United States Magistrate Judge