IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARIO CACHO AND ANTONIO OCAMPO<br><br>      Plaintiffs,<br>v.<br><br>SHERIFF MARLIN N. GUSMAN, ORLEANS PARISH SHERIFF;<br><br>      Defendant. | Case No.: 2:11-cv-225<br>HON. JANIS VAN MEERVELD<br><br>DIVISION: (1) |

## DECLARATION OF MARY YANIK

I swear under the penalty of perjury of the laws of the United States that the following is true and accurate to the best of my knowledge:

1. I submit this declaration to explain how I obtained the dockets for individuals charged with crimes in Orleans Parish Magistrate and Criminal District Court.

2. The Orleans Parish Sheriff's Office provides an online searchable database of criminal cases that is called Docket Master. This database is open to the public and does not require any special credentials to use.

3. To obtain further information about the cases provided in Officer Braud's declaration, I went to the Orleans Parish Sheriff's Office website to search each name in Docket Master. The search function of Docket Master allows for searches of last name, first name, and other personal information. There is also a verification of a randomly generated alphanumeric character code before any search results appear.

4. I entered the first names and first few letters of the last names for the following individuals: Juan Dubon Argueta, Rafael Mendez, Arnold Molino-Mendez, and Darwin Gonzalez-Munoz. I then selected the file that corresponded with their full defendant name. After making that selection, Docket Master displays arrest dates with a list of "charge detail information," which includes clickable links to a magistrate case number, where relevant, and a case number (for criminal district court), where relevant. I clicked on those case numbers to obtain the case dockets for each individual.

5. Through conducting this search, I located the magistrate court docket for Mr. Juan Dubon Argueta, which is attached here as Exhibit A.

6. Further, in the same way, I obtained the magistrate court and criminal district court dockets for Mr. Rafael Mendez, attached as Exhibit B.

7. I also found the magistrate court docket for Mr. Molino-Mendez, attached as Exhibit C.

8. Finally, I retrieved the criminal district court docket for Mr. Gonzalez-Munoz, attached as Exhibit D.

9. I provide the court with these records as I obtained them, with no alterations or revisions. Anyone can conduct the same search of the public records in Docket Master to confirm the information contained therein.

10. In my experience as an attorney practicing in Orleans Parish, Docket Master accurately reflects the underlying court records. I have often searched for criminal records in the course of representing various clients who are victims or alleged perpetrators of crimes. I do not recall any instance in which the information in Docket Master did not accurately reflect the underlying court records.

_____
Mary Yanik

10/22/2025
Date

# Exhibit A

Dubon Argueta Magistrate Court Docket

```
   MAG#: 608254              D O C K E T   M A S T E R         Date: 10/22/2025
                                                                Time:   13:18:03
                              ORLEANS PARISH MAGISTRATE COURT

  ==============================================================================
      DEFENDANT(S):     CNTS CHARGE(S):
  ==============================================================================

      DUBON, JUAN A
                                1  RS 14   37.4            BOND:          0.00
                                   AGG ASSAULT WITH A FIREARM
                                1  RS 14   35.3            BOND:          0.00
                                   DOMESTIC ABUSE BATTERY
                                1  RS 14   35.3(I)         BOND:          0.00
                                   DOMESTIC ABUSE CHILD ENDANGEMENT LAW
                                1  RS 14   56(B)(1)   2019A BOND:         0.00
                                   SIMPLE CRIMINAL DAMAGE TO PROPTY < $1000
                                1  RS 14   37.7            BOND:          0.00
                                   DOMESTIC ABUSE AGG ASSAULT

  ==============================================================================
    DATE      PROCEEDINGS
  ==============================================================================

  11/28/2023                                                        MAQUARM  *
            FIRST APPEARANCE HEARING IN MAGISTRATE COURT SECTION M3
            BOND SET FOR $51,000.00
            SCHEDULED -RULE TO SHOW CAUSE ON 1/26/2024 AT  3:00 PM, SECT M5
            SCHEDULED -BOND HEARING ON 11/29/2023 AT  3:00 PM, SECT M4
            THE DEFENDANT WAS PRESENT
            THE COURT APPOINTED THE ORLEANS PUBLIC DEFENDERS TO REPRESENT
            THE DEFENDANT IN THIS MATTER - THIS APPOINTMENT WILL LAST AS LONG
            AS THE DEFENDANT IS INCARCERATED - IF THE DEFENDANT MAKES BOND
            THEY MUST OBTAIN PRIVATE COUNSEL OR APPLY FOR REPRESENTATION AT
            THE PUBLIC DEFENDERS OFFICE
            THE COURT FOUND PROBABLE CAUSE ON ALL CHARGES
            DEFENDANT NEEDS SPANISH TRANSLATOR
            DEFENDANT IS SET FOR BOND NOTIFICATION
            DEFENDANT IS NOT TO BE RELEASED WITHOUT SIGNING STAY AWAY ORDER
  11/29/2023                                                         BARTHE  *
            BOND HEARING IN MAGISTRATE COURT SECTION M4
            RESULT-RESET
            SCHEDULED -BOND HEARING ON 11/30/2023 AT  3:00 PM, SECT M5
            PLACE DEFENDANT ON JAIL LIST.
            THIS DEFENDANT WAS NOT TRANSPORTED, SO THE COURT RESET THIS
            MATTER.
            THIS DEFENDANT NEEDS A TRANSLATOR MR. PADILLO HAS BEEN NOTIFIED.
  11/30/2023                                                        DESALVOE *
            BOND HEARING IN MAGISTRATE COURT SECTION M5
            SPANISH INTERPRETER LESTER PADILLA APPEARED WITH THE DEFENDANT
            FOR BOND NOTIFICATION. THE DEFENDANT WAS NOTIFIED OF BOND
            AMOUNT.
  01/23/2024                                                        EDWARDSVY
            D.A. REFUSED RS 14:37.7, RS 14:37.4, RS 14:35.3, RS 14:35.3.I, R
            S 14:56.B.(1) ON 01/23/2024
  01/25/2024                                                         WEBSTERT *
            STATE FILED MOTION(S) IN MAGISTRATE COURT SECTION M1
            RESULT-MOTION GRANTED
            STATE FILE MOTION ORDER TO DISSOLVE STAY AWAY ORDER
  ==============================================================================
                                END OF DOCKET MASTER
  ==============================================================================
```

Disclaimer:

The Orleans Parish Sheriff's Office provides computer services to both the Orleans Parish Clerk of Criminal District Court and the Orleans Parish Criminal District Court. The Orleans Parish Sheriff's Office DOES NOT maintain or ensure the information provided is complete and accurate, and this information can change quickly. Therefore, the information on this site may not reflect the true charges, status, next court date, or other information regarding a case. The information is provided as a request under the Freedom of Information Act, and the Public Records Act. Nothing contained herein is intended to imply or infer the guilt or wrongdoing of any person(s) listed on this site. This information shall not be considered, or used as, a public document, or official document, and no other publication or copying of this information is allowed without the express written consent of the person(s), and the Orleans Parish Criminal District Court.

For questions, comments, and other information you may contact the Orleans Parish Clerk of Criminal District Court, Records Division at (504) 658-9000. This information is made available to the public and law enforcement in the interest of public safety. Any unauthorized use of this information is forbidden and subject to criminal prosecution.

# Exhibit B

Mendez Magistrate Court & Criminal Court Dockets

```
MAG#: 609007              D O C K E T   M A S T E R        Date: 10/22/2025
                                                           Time:  13:27:08
                          ORLEANS PARISH MAGISTRATE COURT

================================================================================
    DEFENDANT(S):       CNTS CHARGE(S):
================================================================================

    MENDEZ, RAFAEL J
                         1   RS 14   95              BOND:         0.00
                             ILLEGAL CARRYING WEAPONS
                         1   RS 14   37.4            BOND:         0.00
                             AGG ASSAULT WITH A FIREARM
                         1   RS 14   63              BOND:         0.00
                             CRIMINAL TRESPASS
    MENDEZ, RAFAEL J
                         1   RS 14   38              BOND:     2,500.00
                             SIMPLE ASSAULT
    MENDEZ, RAFAEL J
                         1   RS 14   63(A)           BOND:     1,000.00
                             CRIMINAL TRESPASS UPON INMOVABLE PROPERT

================================================================================
  DATE      PROCEEDINGS
================================================================================

01/06/2024                                                        SCHIAFFIN*
        FIRST APPEARANCE HEARING IN MAGISTRATE COURT SECTION M2
        BOND SET FOR $6,000.00
        RESULT-RULE TO SHOW CAUSE FOR 2/05/2024 AT  3:00 PM
        SCHEDULED -RULE TO SHOW CAUSE ON 2/05/2024 AT  3:00 PM, SECT M2
        THE COURT APPOINTED THE OPD TO REPRESENT THE DEFENDANT IN THIS
        MATTER THE APPOINTMENT WILL LAST AS LONG AS THE DEFENDANT IS
        INCARCERATED IF THE DEFENDANT IS RELEASED THEY MUST OBTAIN
        PRIVATE COUNSEL OR APPLY FOR REPRESENTATION AT THE OPD OFFICE
        LENNY MORAN WAS THE OFFICIAL COURT INTERPERTER IN THIS MATTER
        AS TO 14:37.4 THE COURT FOUND NO CAUSE BUT DID FIND CAUSE
        FOR 14:38
02/05/2024                                                        SCHIAFFIN*
        RULE TO SHOW CAUSE IN MAGISTRATE COURT SECTION M2
        SCHEDULED -RULE TO SHOW CAUSE ON 6/04/2024 AT  3:00 PM, SECT M3
02/27/2024                                                        ARMSTRONGS
        D.A. FILED BILL OF INFORMATION ON 02-27-24.
06/04/2024                                                        MAQUARM  *
        RULE TO SHOW CAUSE IN MAGISTRATE COURT SECTION M3
        MOOT - THE CHARGES HAVE BEEN ACCEPTED IN PART AND
        REFUSED IN PART PRIOR TO TODAYS COURT DATE
================================================================================
                             END OF DOCKET MASTER
================================================================================
```

Disclaimer:
The Orleans Parish Sheriff's Office provides computer services to both the Orleans Parish Clerk of Criminal District Court and the Orleans Parish Criminal District Court. The Orleans Parish Sheriff's Office DOES NOT maintain or ensure the information provided is complete and accurate, and this information can change quickly. Therefore, the information on this site may not reflect the true charges, status, next court date, or other information regarding a case. The information is provided as a request under the Freedom of Information Act, and the Public Records Act. Nothing contained herein is intended to imply or infer the guilt or wrongdoing of any person(s) listed on this site. This information shall not be considered, or used as, a public document, or official document, and no other publication or copying of this information is allowed without the express written consent of the person(s), and the Orleans Parish Criminal District Court.

For questions, comments, and other information you may contact the Orleans Parish Clerk of Criminal District Court, Records Division at (504) 658-9000. This information is made available to the public and law enforcement in the interest of public safety. Any unauthorized use of this information is forbidden and subject to criminal prosecution.

```
   Case: 561034            D O C K E T   M A S T E R           Date: 10/22/2025
Section: F/M1                                                  Time:  13:26:29
   Class: 4
                      ORLEANS PARISH CRIMINAL DISTRICT COURT

================================================================================
 DF# DEFENDANT(S):        CNTS CHARGE(S):
================================================================================

  1 MENDEZ, RAFAEL J
                           1  RS 14   38                BOND:       2,500.00
                              SIMPLE ASSAULT
                           1  RS 14   63(A)             BOND:       1,000.00
                              CRIMINAL TRESPASS UPON INMOVABLE PROPERT

================================================================================
  DATE     PROCEEDINGS
================================================================================

02/27/2024                                                          CATHERINEG
          FILED BILL OF INFORMATION
          CAPIAS ISSUED (NONE)
          BOND SET $3,500.00
          MAGISTRATE PAPERWORK FILED (NONE)
          ******************************************************************
          ALLOTTED. ARRAIGNMENT SET FOR 03/19/24.
          FILED SURETY BONDS $1,000.00       DATE OF BONDS 01/07/24
                             $2,500.00       SURETY: PALMETTO SURETY INC.
03/19/2024                                                          DEDEA
          >DEFENDANT, RAFAEL J MENDEZ DID NOT APPEAR. THERE IS NO PROOF
          OF SERVICE. >THIS CASE IS TRANSFERRED TO SECTION "M1", PURSUANT
          TO THE RULES OF COURT. THIS MATTER IS A STAND ALONE
          MISDEMEANOR. >CONTINUED WITHOUT DATE.
03/26/2024                                                          LAWRENCEA
          CASE PROCESSED IN GENERAL DOCKET FOR TRANSFER TO MAGISTRATE "1".
03/27/2024                                                          TROSCLAIRL
          CASE RECEIVED IN "M1"
          *******************************************************
          ARRAIGNMENT SET FOR 4-15-24
04/15/2024                                                          NELSONCA
          >DEFENDANT, RAFAEL J MENDEZ , DID NOT APPEAR. NO PROOF OF
          SERVICE IN THE COURT'S RECORD. >COURT RESET ARRAIGNMENT.
          >RESET, DEFENDANT NOT SERVED. >ARRAIGNMENT SET FOR 05/09/24 IN
          SECTION M1. >NOTIFY DEFENDANT. >NOTIFY SURETY.
05/09/2024                                                          NELSONCA
          >DEFENDANT, RAFAEL J MENDEZ , DID NOT APPEAR. NO PROOF OF
          SERVICE IN THE COURT'S RECORD. INSTANTER PREVIOUSLY ISSUED IN
          THIS MATTER. >COURT RESET ARRAIGNMENT. >RESET, DEFENDANT NOT
          SERVED. >ARRAIGNMENT SET FOR 06/05/24 IN SECTION M1. >NOTIFY
          DEFENDANT. >NOTIFY SURETY.
06/05/2024                                                          NELSONCA
          >THE DEFENDANT, RAFAEL J MENDEZ FAILED TO APPEAR FOR ARRAIGNMENT
          THIS DEFENDANT HAS MOVED FROM THE ADDRESS IN THE COURT'S
          RECORD. >ALIAS CAPIAS ISSUED FOR $15,000.00 >NO NEW DATE IS
          SET.
07/29/2024                                                          LONDONC
          >THE DEFENDANT, RAFAEL J MENDEZ APPEARED FOR ARRAIGNMENT. CDCS
          SPANISH INTERPETER, LESTER PADILLA PRESENT FOR THIS PROCEEDING.
          >COURT APPOINTED A.BEAM , OPD. >READING OF BILL OF INFORMATION
          WAIVED. >ENTERED PLEA OF NOT GUILTY. COURT SET DATE TO FILE
          DEFENSE MOTIONS FOR 08/08/24 STATE TO RESPOND BY 08/26/24
          >DEFENDANT INFORMED OF RIGHT TO TRIAL BY JUDGE. >COURT RECALLED
          THE ALIAS CAPIAS. >PRE-TRIAL CONFERENCE SET FOR 09/04/24 IN
          SECTION M1. >NOTIFY DEF.COUNSEL. >DNOC.
```

```
                    ****************************************************************
                    ****************************************************************
                    CLERK'S OFFICE MAILED NOTICE OF FAILURE TO APPEAR AND ALIAS
                    CAPIAS TO DEFENDANT AND EMAILED SURETY AND BONDING COMPANY.
07/30/2024                                                              TROSCLAIRL
                    CLERK'S OFFICE FILED IN THE RECORD ALIAS CAPIAS CERTIFICATE OF
                    NOTICE.
                    ****************************************************
                    CLERK'S OFFICE RECEIVED OMNIBUS MOTION FOR DISCOVERY
09/04/2024                                                               NELSONCA
                    >THE DEFENDANT, RAFAEL J MENDEZ APPEARED FOR PRE-TRIAL
                    CONFERENCE WITH COUNSEL, A.BEAM >TRIAL SET FOR 10/25/24 IN
                    SECTION M1. >NOTIFY DEF.COUNSEL. >DNOC.
10/25/2024                                                               NELSONCA
                    >THE DEFENDANT, RAFAEL J MENDEZ APPEARED FOR TRIAL WITH COUNSEL,
                    A.BEAM >FOR COUNT 1 RS 14 38 SIMPLE ASSAULT NOLLE PROSEQUI.
                    >FOR COUNT 2 RS 14 63(A) CRIMINAL TRESPASS UPON INMOVAB NOLLE
                    PROSEQUI. >CASE CLOSED, THIS DEFENDANT.
===============================================================================
                               END OF DOCKET MASTER
===============================================================================
```

Disclaimer:
The Orleans Parish Sheriff's Office provides computer services to both the Orleans Parish Clerk of Criminal District Court and the Orleans Parish Criminal District Court. The Orleans Parish Sheriff's Office DOES NOT maintain or ensure the information provided is complete and accurate, and this information can change quickly. Therefore, the information on this site may not reflect the true charges, status, next court date, or other information regarding a case. The information is provided as a request under the Freedom of Information Act, and the Public Records Act. Nothing contained herein is intended to imply or infer the guilt or wrongdoing of any person(s) listed on this site. This information shall not be considered, or used as, a public document, or official document, and no other publication or copying of this information is allowed without the express written consent of the person(s), and the Orleans Parish Criminal District Court.

For questions, comments, and other information you may contact the Orleans Parish Clerk of Criminal District Court, Records Division at (504) 658-9000. This information is made available to the public and law enforcement in the interest of public safety. Any unauthorized use of this information is forbidden and subject to criminal prosecution.

# Exhibit C

Molino-Mendez Magistrate Court Docket

```
   MAG#: 615314              D O C K E T   M A S T E R        Date: 10/22/2025
                                                              Time:  13:28:31
                            ORLEANS PARISH MAGISTRATE COURT


 ==============================================================================
    DEFENDANT(S):       CNTS CHARGE(S):
 ==============================================================================

     MOLINO-MENDEZ, ARNOLD
                         1    RS 14   38              BOND:            0.00
                              SIMPLE ASSAULT
                         1    RS 14  (24)35           BOND:            0.00
                              PRIN SIMPLE BATTERY


 ==============================================================================
   DATE     PROCEEDINGS
 ==============================================================================

 10/27/2024                                                      NELSONCA  *
           FIRST APPEARANCE HEARING IN MAGISTRATE COURT SECTION M4
           RESULT-COURT FINDS NO PROB CAUSE FOR 11/26/2024 AT  3:00 PM
           SCHEDULED -RULE TO SHOW CAUSE ON 11/26/2024 AT  3:00 PM, SECT M3
           OPD APPOINTED AS LONG AS THIS DEFENDANT REMAINS IN OPSO CUSTODY.
           ORLEANS PARISH DISTRICT ATTY'S OFFICE WAS NOT A PARTICIPANT IN
           THIS PROCEEDING.
           THE COURT FOUND NO PROBABLE CAUSE IN THIS MATTER.
           RELEASE ISSUED.
 11/26/2024                                                      MAQUARM   *
           RULE TO SHOW CAUSE IN MAGISTRATE COURT SECTION M3
           SCHEDULED -RULE TO SHOW CAUSE ON 1/25/2025 AT  3:00 PM, SECT M5
 01/25/2025                                                      DESALVOE  *
           RULE TO SHOW CAUSE IN MAGISTRATE COURT SECTION M5
           THE STATE REFUSED CHARGES.
 01/29/2025                                                      SMITHROY
           DA REFUSED RS 14(24)35,RS 14:38
 ==============================================================================
                             END OF DOCKET MASTER
 ==============================================================================
```

Disclaimer:
The Orleans Parish Sheriff's Office provides computer services to both the Orleans Parish Clerk of Criminal District Court and the Orleans Parish Criminal District Court. The Orleans Parish Sheriff's Office DOES NOT maintain or ensure the information provided is complete and accurate, and this information can change quickly. Therefore, the information on this site may not reflect the true charges, status, next court date, or other information regarding a case. The information is provided as a request under the Freedom of Information Act, and the Public Records Act. Nothing contained herein is intended to imply or infer the guilt or wrongdoing of any person(s) listed on this site. This information shall not be considered, or used as, a public document, or official document, and no other publication or copying of this information is allowed without the express written consent of the person(s), and the Orleans Parish Criminal District Court.

For questions, comments, and other information you may contact the Orleans Parish Clerk of Criminal District Court, Records Division at (504) 658-9000. This information is made available to the public and law enforcement in the interest of public safety. Any unauthorized use of this information is forbidden and subject to criminal prosecution.

# Exhibit D

Gonzalez-Munoz Magistrate Court Docket

```
  Case: 561557            D O C K E T   M A S T E R          Date: 10/22/2025
Section: H                                                    Time:  13:29:47
  Class: 2
                     ORLEANS PARISH CRIMINAL DISTRICT COURT

===============================================================================
 DF# DEFENDANT(S):        CNTS CHARGE(S):
===============================================================================

   1 GONZALEZ-MUNOZ, DARWIN X
                          1    RS 14   35.3              BOND:      15,000.00
                               DOMESTIC ABUSE BATTERY
                          1    RS 14   35.3(L)           BOND:      25,000.00
                               DOMESTIC ABUSE BATTERY INV STRANGULATION
                          1    RS 14   67 (B)(4)         BOND:         500.00
                               THEFT UNDER $1000
                          1    RS 14   56(B)(1)   2019A  BOND:       2,500.00
                               SIMPLE CRIMINAL DAMAGE TO PROPTY < $1000
                          1    RS 14   37.7              BOND:      35,000.00
                               DOMESTIC ABUSE AGG ASSAULT

===============================================================================
  DATE    PROCEEDINGS
===============================================================================

 04/16/2024                                                           SHANKLINL
          FILED BILL OF INFORMATION
          NO CAPIAS ISSUED
          BOND SET $79,000
          MAGISTRATE PAPERWORK FILED  (M-610461, DOB: 12/04/96, F#2529982)
          *******************************************************************
          *******************************************************************
          ALLOTTED.    ARRAIGNMENT SET FOR 4/23/24.    PDOJL.
 04/23/2024                                                              EHLEG
          >THE DEFENDANT, DARWIN X GONZALEZ-MUNOZ APPEARED FOR
          ARRAIGNMENT. THE HONORABLE JUDGE, ROBIN PITTMAN, PRESIDED OVER
          COURT. LESTER PADILLA, SPANISH LANGUAGE INTERPRETER WAS SWORN
          IN BY THE COURT. >COURT APPOINTED MADISON ORDWAY , OPD. >ANNIE
          FLANAGAN STOOD IN FOR ARRAIGNMENT ONLY. >READING OF BILL OF
          INFORMATION WAIVED. >DEFENDANT ENTERED PLEA OF NOT GUILTY.
          >DEFENDANT INFORMED OF RIGHT TO TRIAL BY JUDGE OR JURY.
          PRE-TRIAL CONFERENCE IS SET FOR 05/01/24 IN SECTION H. >BOND
          HEARING SET FOR 05/01/24 IN SECTION H . >NOTIFY DEF.COUNSEL.
          >PDOJL
 05/01/2024                                                              EHLEG
          >DEFENDANT, DARWIN X GONZALEZ-MUNOZ APPEARED WITH COUNSEL,
          MADELINE JENNINGS, WHO STOOD IN FOR OPD COUNSEL, MADISON ORDWAY
          FOR BOND HEARING. >CONTINUED ON DEFENSE MOTION. LESTER PADILLA,
          SPANISH INTERPRETER, WAS SWORN IN BY THE COURT. INTERPRETER
          REQUEST FORM WAS COMPLETED FOR THE DEFENDANT'S NEXT COURT DATE
          >BOND HEARING SET FOR 05/08/24 IN SECTION H . >NOTIFY
          DEF.COUNSEL. >PDOJL
 05/07/2024                                                           SHANKLINL
          FILED (5) SURETY BONDS $78,000     DATE OF BONDS: 4/26/24
                                             SURETY: PALMETTO SURETY CO.
 05/08/2024                                                              EHLEG
          >THE DEFENDANT, DARWIN X GONZALEZ-MUNOZ FAILED TO APPEAR FOR
          BOND HEARING DEFENSE COUNSEL, CATHERINE KEARNEY, STOOD IN FOR
          OPD COUNSEL MADISON ORDWAY. >ALIAS CAPIAS ISSUED FOR
          $150,000.00
 05/21/2024                                                              EHLEG
          >FILED ARST ON CAP NOTIFICATION SET FOR 06/24/24 IN SECTION H .
          >NOTIFY DEF.COUNSEL. >PDOJL
 06/24/2024                                                              EHLEG
```

```
             >DEFENSE COUNSEL MADISON ORDWAY APPEARED WITHOUT DEFENDANT,
             DARWIN X GONZALEZ-MUNOZ FOR FILED ARST ON CAP NOTIFICATION
             DEFENDANT IS IN DOC CUSTODY IN TEXAS. >HEARING ON MOTIONS SET
             FOR 08/13/24 IN SECTION H . >PDOJL
07/16/2024                                                       CHARLESR
             CLERK'S OFFICE RECEIVED STATE'S LA.C.E.ART.902)11) NOTICE;
             STATE'S INVENTORY OF DISCOVERY TENDERED AND MOTIN FOR DISCOVERY.
08/13/2024                                                          EHLEG
             >DEFENSE COUNSEL SARA WOOD APPEARED ON BEHALF OF DEFENDANT,
             DARWIN X GONZALEZ-MUNOZ, FOR HEARING ON MOTIONS. MS. WOOD STOOD
             IN FOR OPD COUNSEL MADISON ORDWAY. THE DEFENDANT IS IN DOC
             CUSTODY IN HARRIS COUNTY, TEXAS AND WAS NOT BROUGHT INTO OPEN
             COURT. ON ORAL MOTION BY THE STATE, THE COURT GRANTED A
             CONTINUANCE. >THE COURT NOTED THE DEFENSE'S OBJECTION. STATE
             WILL FILE A WRIT OF HABEAS CORPUS. >HEARING ON MOTIONS SET FOR
             09/19/24 IN SECTION H . >NOTIFY DEF.COUNSEL. >PDOJL
08/20/2024                                                          EHLEG
             >THE COURT CALLED HOUSTON FIELD OFFICE, U.S. IMMIGRATION REGARDIN
             THIS DEFENDANT. THE FIELD OFFICE CONFIRMED THAT THE DEFENDANT
             WAS DEPORTED TO >HONDURAS ON 06/24/24. THE COURT INQUIRED ABOUT
             THE $150,000 CAPIAS ISSUED BY SECTION "H" ON 05/08/24 AND WHY
             THAT WARRANT DID NOT HOLD THE DEFENDANT IN TEXAS. OPSO VERIFIED
             THAT THE SECTION "H" WARRANT IS DEFINITELY IN NCIC. WARRANT IS
             ACTIVE. DEFENDANT IS AT LARGE. REMOVE DATE OF 09/19/24
==============================================================================
                              END OF DOCKET MASTER
==============================================================================
```

Disclaimer:
The Orleans Parish Sheriff's Office provides computer services to both the Orleans Parish Clerk of Criminal District Court and the Orleans Parish Criminal District Court. The Orleans Parish Sheriff's Office DOES NOT maintain or ensure the information provided is complete and accurate, and this information can change quickly. Therefore, the information on this site may not reflect the true charges, status, next court date, or other information regarding a case. The information is provided as a request under the Freedom of Information Act, and the Public Records Act. Nothing contained herein is intended to imply or infer the guilt or wrongdoing of any person(s) listed on this site. This information shall not be considered, or used as, a public document, or official document, and no other publication or copying of this information is allowed without the express written consent of the person(s), and the Orleans Parish Criminal District Court.

For questions, comments, and other information you may contact the Orleans Parish Clerk of Criminal District Court, Records Division at (504) 658-9000. This information is made available to the public and law enforcement in the interest of public safety. Any unauthorized use of this information is forbidden and subject to criminal prosecution.