UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARIO CACHO AND ANTONIO OCAMPO,<br><br>PLAINTIFFS,<br><br>v.<br><br>SHERIFF MARLIN N. GUSMAN, ORLEANS PARISH SHERIFF,<br><br>DEFENDANT. | Civil Action No. 2:11-cv-225<br><br>Judge: ___ - ___ |

### THE STATE'S MOTION TO TERMINATE OR DISSOLVE THE CONSENT DECREE (ECF NO. 96)

The State of Louisiana, by and through Attorney General Elizabeth Murrill, moves to terminate or dissolve the consent decree. *See* ECF No. 96 ("Consent Judgment for Injunctive Relief and Damages"). The Court should grant the motion because the decree is immediately terminable under the Prison Litigation Reform Act. Alternatively, dissolution is warranted under Federal Rule of Civil Procedure 60(b) because the consent decree's terms have been satisfied or released or, at the very least, is inequitable to continue given the intervening change in state law. Defendant Orleans Parish Sheriff opposes the termination or dissolution; Plaintiffs have not responded to the State's request.

Dated: February 14, 2025                           Respectfully submitted,

**ELIZABETH B. MURRILL**
**Attorney General of Louisiana**

 /s/ *Zachary Faircloth*
J. BENJAMIN AGUIÑAGA*
  *Solicitor General*
ZACHARY FAIRCLOTH (La #39875)
  *Principal Deputy Solicitor General*
OFFICE OF THE LOUISIANA ATTORNEY
GENERAL
1885 North Third Street
Baton Rouge, LA 70804
Telephone:  (225) 326-6766
Facsimile:   (225) 326-6795
aguinagab@ag.louisiana.gov
fairclothz@ag.louisiana.gov

*Counsel for the State of Louisiana*

**pro hac vice forthcoming*