# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARIO CACHO AND ANTONIO OCAMPO,<br><br>　　　　　　PLAINTIFFS,<br><br>v.<br><br>SHERIFF MARLIN N. GUSMAN, ORLEANS PARISH SHERIFF,<br><br>　　　　　　DEFENDANT. | Civil Action No. 2:11-cv-225<br><br>Judge: Hon. Janis Van Meerveld |

## INTERVENOR STATE OF LOUISIANA'S
## NOTICE OF AUTOMATIC STAY

Thirty days have passed since November 7, 2025, when the Court granted the State's Motion to Intervene (ECF No. 156) and docketed its Motion to Terminate or Dissolve the Consent Decree (ECF No. 157). Under the Prison Litigation Reform Act, "beginning on the 30th day after such motion is filed" (here, December 7, 2025), the motion "shall operate as a stay" of the consent decree (ECF No. 96) until a "prompt ruling on [the State's] motion." 18 U.S.C. § 3626(e). Accordingly, the consent decree is no longer in effect as of December 7, and the State will enforce the relevant Louisiana laws accordingly.

| | |
|---|---|
| Dated: December 8, 2025 | Respectfully submitted,<br><br>**ELIZABETH B. MURRILL**<br>**Attorney General of Louisiana**<br><br> /s/ *Zachary Faircloth*<br>ZACHARY FAIRCLOTH (LA 39875)<br>  Principal Deputy Solicitor General<br>OFFICE OF THE LOUISIANA ATTORNEY GENERAL<br>1885 North Third Street<br>Baton Rouge, LA 70804<br>Telephone:  (225) 421-4088<br>Facsimile:   (225) 326-6795<br>FairclothZ@ag.louisiana.gov<br><br>*Counsel for the State of Louisiana* |