### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARIO CACHO AND ANTONIO OCAMPO,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>SHERIFF MARLIN N. GUSMAN, ORLEANS PARISH SHERIFF,<br><br>　　　　　Defendant. | CIVIL ACTION NO. 2:11-CV-225<br><br>HON. JANIS VAN MEERVELD<br><br>DIVISION (1) |

### PLAINTIFFS' REQUEST FOR ORAL ARGUMENT

　　Pursuant to Local Rule 78.1, Plaintiffs Mario Cacho and Antonio Ocampo hereby request that the Court set this matter for oral argument on The State of Louisiana's Motion to Terminate or Dissolve the Consent Decree. R. Doc. 157.

Dated:  December 9, 2025

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Mary Yanik*
　　　　　　　　　　　　　　　　　　　Mary Yanik
　　　　　　　　　　　　　　　　　　　Louisiana Bar No. 36973
　　　　　　　　　　　　　　　　　　　**TULANE LAW CLINICS**
　　　　　　　　　　　　　　　　　　　6329 Feret Street, Suite 130
　　　　　　　　　　　　　　　　　　　New Orleans, LA 70118
　　　　　　　　　　　　　　　　　　　(504) 865-5153
　　　　　　　　　　　　　　　　　　　myanik@tulane.edu

　　　　　　　　　　　　　　　　　　　Anisha Dasgupta (*pro hac vice* pending)
　　　　　　　　　　　　　　　　　　　Alyssa Barnard-Yanni (*pro hac vice* pending)
　　　　　　　　　　　　　　　　　　　**ORRICK, HERRINGTON & SUTCLIFFE LLP**
　　　　　　　　　　　　　　　　　　　51 West 52nd St.
　　　　　　　　　　　　　　　　　　　New York, NY 10019
　　　　　　　　　　　　　　　　　　　(212) 506-5000
　　　　　　　　　　　　　　　　　　　adasgupta@orrick.com
　　　　　　　　　　　　　　　　　　　abarnard-yanni@orrick.com

　　　　　　*Counsel for Plaintiffs Mario Cacho and Antonio Ocampo*