UNITED STATES DISTIRCT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARIO CACHO and ANTONIO OCAMPO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SHERIFF MARLIN N. GUSMAN, Orleans )<br>Parish Sheriff, )<br>)<br>Defendant. )<br>_____) | Case No. 2:11-cv-225-SS |

**DEFENDANT'S MOTION TO CONSOLIDATE**

Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, Defendant Susan Hutson, in her official capacity as Sheriff of Orleans Parish, hereby moves to consolidate the case captioned *United States of America v. Susan Hutson, in her official capacity as Orleans Parish Sheriff,* Miscellaneous Case No. 26-0113 into the instant, first-filed lawsuit.

**WHEREFORE**, Defendant Sheriff Susan Hutson prays that this court enter an Order in the form attached hereto granting this Motion to Consolidate, consolidating Miscellaneous Case No. 26-0113 into the instant lawsuit having Case No. 2:11-cv-225-SS, and administratively closing Miscellaneous Case No. 26-0113.

[*Signature and Certificate of Service on Next Page*]

RESPECTFULLY SUBMITTED,
ORLEANS PARISH SHERIFF'S OFFICE

*/s/ Tracey J. Comeaux*

_____
**TRACEY J. COMEAUX** (LSBA No. 38700)
Chief Legal Officer
Comeauxt@opso.us
**JOHN S. WILLIAMS** (LSBA No. 32270)
Chief of Staff and Legal Counsel
Williamsjo@opso.us
2800 Perdido Street
New Orleans, LA 70119
(504) 822-8000 office
(504) 202-9454 facsimile
COUNSEL FOR SHERIFF HUTSON
-PUBLIC ENTITY/FEE EXEMPT-
(See La. R.S. 13:4521 & 13:5112)

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 10th day of February, 2026 filed a copy of the foregoing pleading with the Clerk of Court using the CM-ECF system, which sent electronic notification of such filing to all counsel of record in both Case No. 2:11-cv-225-SS and Case No. 26-0113.

*/s/ Tracey J. Comeaux*

_____
**TRACEY J. COMEAUX** (LSBA No. 38700)

UNITED STATES DISTIRCT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARIO CACHO and ANTONIO OCAMPO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SHERIFF MARLIN N. GUSMAN, Orleans )<br>Parish Sheriff, )<br>)<br>Defendant. )<br>_____ ) | Case No. 2:11-cv-225-SS |

**STATEMENT OF CONSENT OR OBJECTION**

I do hereby certify that on February 6, 2026, Defendant, Orleans Parish Sheirff Susan Hutson confirmed, via email, the following positions of all parties on the subject motion to consolidate *United States of America v. Susan Hutson, in her official capacity as Orleans Parish Sheriff,* Miscellaneous Case No. 26-0113 into the instant, first-filed lawsuit:

– **Mary Yanik**, lead counsel for Plaintiffs, Cacho and Ocampo: consent to consolidation;

– **Jeremy Jong**, lead counsel for Plaintiffs, Cacho and Ocampo: consent to consolidation;

– **Zachary Faircloth**, counsel for Intervenor, State of Louisiana: objects to consolidation;

– **Peter Mansfield**, counsel for Petitioner, United States of America in Case No. 26-0113: objects to consolidation.


*/s/ Tracey J. Comeaux*
_____
**TRACEY J. COMEAUX** (LSBA No. 38700)