UNITED STATES DISTIRCT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARIO CACHO and ANTONIO OCAMPO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SHERIFF MARLIN N. GUSMAN, Orleans )<br>Parish Sheriff, )<br>)<br>Defendant. )<br>_____) | Case No. 2:11-cv-225-SS |

**NOTICE OF SUBMISSION**

**PLEASE TAKE NOTICE**, that Defendant, Orleans Parish Sheriff Susan Hutson's Motion to Consolidate is hereby set for submission before Chief Magistrate Judge Janis van Meerveld on February 25, 2026 at 11:00 a.m.

**RESPECTFULLY SUBMITTED,**
**ORLEANS PARISH SHERIFF'S OFFICE**

*/s/ Tracey J. Comeaux*
_____
**TRACEY J. COMEAUX** (LSBA No. 38700)
Chief Legal Officer
Comeauxt@opso.us
**JOHN S. WILLIAMS** (LSBA No. 32270)
Chief of Staff and Legal Counsel
Williamsjo@opso.us
2800 Perdido Street
New Orleans, LA 70119
(504) 822-8000 office
(504) 202-9454 facsimile
COUNSEL FOR SHERIFF HUTSON
-PUBLIC ENTITY/FEE EXEMPT-
(See La. R.S. 13:4521 & 13:5112)