UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARIO CACHO AND ANTONIO OCAMPO,<br><br>PLAINTIFFS,<br><br>v.<br><br>SHERIFF MARLIN N. GUSMAN, ORLEANS PARISH SHERIFF,<br><br>DEFENDANT. | Civil Action No. 2:11-cv-225<br><br>Judge: Hon. Janis Van Meerveld |

## NOTICE OF APPEAL

Pursuant to Federal Rule of Appellate Procedure 3(a), Intervenor-Defendant State of Louisiana hereby appeals to the United States Court of Appeals for the Fifth Circuit the Court's February 18, 2026, Order and Reasons (ECF No. 178) on Intervenor-Defendant's Motion to Terminate or Dissolve the Consent Decree (ECF No. 157), and all earlier orders subsumed within that ruling.

1

Dated: February 19, 2026          Respectfully submitted,

                                                 ELIZABETH B. MURRILL
                                                 Attorney General of Louisiana

                                                 /s/ *Zachary Faircloth*
                                                 ZACHARY FAIRCLOTH (LA 39875)
                                                  Principal Deputy Solicitor General
                                                 OFFICE OF THE LOUISIANA ATTORNEY GENERAL
                                                 1885 North Third Street
                                                 Baton Rouge, LA 70804
                                                 Telephone: (225) 421-4088
                                                 Facsimile: (225) 326-6795
                                                 FairclothZ@ag.louisiana.gov

                                                 *Counsel for the State of Louisiana*

**CERTIFICATE OF SERVICE**

On February 19, 2026, I hereby certify that I caused this document to be served electronically on all counsel of record by filing the document using the CM/ECF system.

*/s/ Zachary Faircloth*
Zachary Faircloth (L<small>A</small> 39875)
