UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
OFFICE OF THE CLERK

CAROL L. MICHEL  
CLERK

500 POYDRAS ST., ROOM C-151  
NEW ORLEANS, LA 70130

February 19, 2026

Hon. Veronica O. Koclanes, Clerk  
Louisiana Supreme Court  
400 Royal Street  
Suite 4200  
New Orleans, LA 70130

RE: 11-cv-225 Cacho v. Gusman

Dear Hon. Koclanes:

    The Eastern District of Louisiana certified a question of law to the Supreme Court of Louisiana in connection with the referenced Motion to Terminate or Dissolve the Consent Decree.

    If a copy of the record is needed, please contact Laura Guillot at (504) 589-7702 or Mia Young at (504) 589-7672.

Very truly yours,

CAROL L. MICHEL, CLERK

By:_____  
Laura Guillot, Deputy Clerk